John G. Barisone, SBN 87831
Caio A. Arellano, SBN 262168
**ATCHISON, BARISONE, CONDOTTI & KOVACEVICH**
A Professional Corporation
PO BOX 481
Santa Cruz, California 95061-0481
Telephone:   (831) 423-8383
Facsimile:   (831) 576-2269

Attorneys for Plaintiff
THE PEOPLE OF THE STATE OF CALIFORNIA ex rel
JOHN G. BARISONE, CITY ATTORNEY, CITY OF SANTA CRUZ

FILED

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SANTA CRUZ

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA ex rel JOHN G. BARISONE, CITY ATTORNEY, CITY OF SANTA CRUZ,<br><br>Plaintiff,<br>vs.<br>STEVE PLEICH, OCCUPY SANTA CRUZ, and DOES 1 through 100.<br><br>Defendants. | Case No. **CV 172578**<br><br>**COMPLAINT FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION AND PERMANENT INJUNCTION TO ABATE PUBLIC NUISANCE**<br><br>**CCP § 731; CCP § 526; Santa Cruz Municipal Code 4.04.040.** |

THE PEOPLE OF THE STATE OF CALIFORNIA ex rel JOHN G. BARISONE, CITY ATTORNEY FOR THE CITY OF SANTA CRUZ ("Plaintiff") hereby allege:

1. Plaintiff prosecutes this action by and through John G. Barisone, the duly appointed, qualified, and acting City Attorney of the City of Santa Cruz, pursuant to the authority conferred on him under Section 731 of the California Code of Civil Procedure and Section 4.04.040 of the Santa Cruz Municipal Code.

2. The City of Santa Cruz ("City") is, and at all times mentioned herein, the owner of certain real property known as San Lorenzo Park, located at 137 Dakota Street in the City of Santa Cruz.

3. Defendant Steve Pleich, is and at all times mentioned herein the individual who has held himself out to be, and has acted as a representative and spokesperson for the "Occupy Santa Cruz"

-1-

*Exhibit A*

demonstration taking place in the San Lorenzo Park Benchlands and on the north steps of the courthouse of the Superior Court of Santa Cruz County.

4. Defendant "Occupy Santa Cruz", an unincorporated association of individuals, is and at all times mentioned herein, a group of demonstrators assembled in the San Lorenzo Park Benchlands and on the north steps of the courthouse of the Superior Court of Santa Cruz County. Said demonstration commenced on or about October 6, 2011 and has been ongoing since that time, 24 hours per day and 7 days per week.

5. The true names or capacities, whether individual, corporate, associate, or otherwise of defendants DOE 1 through 100 are unknown to Plaintiff, who therefore sues such defendants by fictitious names and will amend this complaint to show their true names and capacities when ascertained. Plaintiff is informed and believes and thereon alleges that each of the defendants designated as a DOE is responsible in some manner for the nuisance herein referred to.

6. Plaintiff is informed and believes and thereon alleges that at all times herein mentioned each of the defendants was the agent of each of the remaining defendants, and in doing the things hereinafter alleged, was acting within the course and scope of such agency.

7. At all times herein mentioned, and since October 5, 2011, Defendants have occupied, used, and maintained a campsite at the San Lorenzo Park Benchlands on a 24-hour per day basis. As of the final week of October, there were more than 75 tents or similar structures covering approximately 20% of the Benchlands area.

8. Defendants' month-long occupation of the Benchlands area as a campsite is a violation of Section 6.36.010 of the Santa Cruz Municipal Code, which prohibits camping on public property unless in an area designated and marked for camping purposes or as authorized by the City, and as such, the illegal campsite constitutes a nuisance per se, as designated by Section 6.36.060 of the Santa Cruz Municipal Code.

9. The aforementioned occupation, use, and maintenance as a campsite of the San Lorenzo Park Benchlands also constitutes a public nuisance within the meaning of Sections 3479 and 3480 of the Civil Code. Not only does the scale of Defendants' campsite obstruct the free and customary use of public park space for recreational purposes, but the duration of their activities also restricts the ability of those

members of the community who are not affiliated with "Occupy Santa Cruz" to use the park for the customary recreational purposes, and to plan and organize future gatherings and events.

10. Additionally, San Lorenzo Park is plagued by numerous health and safety hazards attributable to the Defendants' residential occupation of the Benchlands area. The Park is neither designed for, nor capable of, supporting residential use on a protracted basis. The Park's garbage and recycling bins are inadequate to handle the amount of solid waste generated by Defendants. Defendants have overwhelmed the Park's restroom and garbage facilities, resulting in rampant outdoor defecation, urination, and litter. Despite posted signs notifying park users that smoking and alcohol are not permitted in the park, City Parks Department staff has observed numerous instances of contrary behavior.

11. The conditions caused by Defendants' activity pose serious health and safety hazards for the community and violate numerous provisions of the Santa Cruz Municipal Codes, to wit: Section 9.50.016 (prohibiting public urination and defecation), Section 9.12.050 (prohibiting possession of intoxicating liquor in San Lorenzo Park), Section 9.12.020 (prohibiting the consumption of intoxicating liquor in public places).

12. On November 4, 2011, in an effort to mitigate the unsanitary conditions affecting the safety of recreational park users as well as Occupy Santa Cruz participants, the City issued a "Non-Commercial Permit and Conditions of Use" ("Permit") under Chapter 10.65 of the Santa Cruz Municipal Code (Noncommercial Events). Section 10.65.270 of that chapter authorizes the Director of Parks and Recreation to impose reasonable requirements on a non-commercial event, including requirements for provision of sanitary or emergency facilities and requirements for use of garbage containers, cleanup and restoration of city property.

13. The Permit was delivered to Defendant Steve Pleich along with a cover letter from the City Manager, Martin Bernal, on November 4, 2011. A true and correct copy of the cover letter and Permit are attached and incorporated as Exhibit A.

14. The objective of the permit was to set parameters for park use so as to eliminate the health and safety hazards observed at San Lorenzo Park and to prohibit illegal use and activity by Defendants.

15. In the five days since issuance of the Permit, Defendants have made no effort to comply with the conditions set forth therein. City staff continues to observe Defendants drinking alcohol and smoking in the Park, in violation of Conditions 5 and 6. City staff also continues to find human feces throughout the Park; meanwhile Defendants have not obtained the three portable toilets, in violation of Condition 11. Nor have Defendants contacted the City to obtain garbage and recycling collection toters, in violation of Condition 12.

16. The aforementioned conditions constitute an additional and continuing public nuisance within the meaning of Sections 3479 and 3480 of the Civil Code. Not only does the unsanitary state of Defendants' campsite interfere with the general public's use of the Park facilities for customary recreational purposes, but the health hazards posed by the lack of adequate sanitation and public intoxication adversely affect the entire community.

17. As mentioned above, on November 4, 2011, Plaintiff gave notice to defendants, and each of them, of the damage caused by the nuisance conditions, and requested abatement of those conditions through compliance with the conditions of use contained in the Permit, but defendants, and each of them, have refused, and continue to refuse, to abate the nuisance. Specifically, Condition 1 of the Permit requires removal of all structures erected to facilitate Defendants' encampment and other activity on the property by 12:00pm on November 16, 2011. The purpose of this condition is to allow City parks maintenance staff access to the property enveloped by the encampment so as to clean up and sanitize the property and to tend to park vegetation that has been damaged and destroyed as a result of Defendants' protracted encampment. In numerous statements to the media and Santa Cruz City Council, defendants have stated that they will not comply with this and other permit conditions.

18. Defendants, and each of them, have threatened to and will, unless restrained by this court, continue to maintain the nuisance and continue the acts complained of, and each and every act has been, and will be, without consent, against the will, and in violation of the rights of Plaintiff.

19. Unless Defendants, and each of them, are restrained by order of this court, it will be necessary for Plaintiff to commence many successive actions against Defendants for their continuing conduct, thus requiring a multiplicity of suits, and Plaintiff will be daily threatened with the unsanitary conditions and resulting public safety hazards that are injurious to the health of the entire community.

20. Unless Defendants, and each of them, are enjoined from continuing their course of conduct, Plaintiff will suffer irreparable injury.

21. Plaintiff has no plain, speedy, or adequate remedy at law, and injunctive relief is expressly authorized by Sections 526 and 731 of the Code of Civil Procedure.

WHEREFORE, PLAINTIFF PRAYS FOR JUDGMENT AS FOLLOWS:

a. That Defendants' encampment on the San Lorenzo Park Benchlands and the aforementioned activities conducted thereon be declared a public nuisance;

b. That Defendants be ordered to immediately abate all conditions which cause the nuisance; specifically that Defendants be enjoined from continuing, maintaining, or commencing another encampment of San Lorenzo Park or any other park space in the City of Santa Cruz.

c. That, in conducting their demonstration at San Lorenzo Park and any other park space in the City of Santa Cruz, Defendants comply with all ordinances, rules, regulations, and statutes applicable to the lawful use of said properties including those establishing hours of park operation, prohibiting public urination and defecation, prohibiting littering, prohibiting alcohol, drug, and tobacco use, and prohibiting camping or lodging on public property.

d. That Plaintiff have such further relief as the Court may deem proper.

ATCHISON, BARISONE, CONDOTTI & KOVACEVICH

Dated: NOV 10, 2011          By: _____

Attorneys for Plaintiff, THE PEOPLE OF THE STATE OF CALIFORNIA ex rel JOHN G. BARISONE, CITY ATTORNEY, CITY OF SANTA CRUZ

Caio A. Arellano
Deputy City Attorney
City of Santa Cruz

-5-
COMPLAINT FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION AND PERMANENT INJUCTION TO ABATE PUBLIC NUISANCE



OFFICE OF THE CITY MANAGER
November 4, 2011

**Hand-Delivered**
Steve Pleich
Occupy Santa Cruz Demonstration
San Lorenzo Park Benchlands

      ***Re:***    Non-Commercial Event Permit

Dear Mr. Pleich:

This letter is written to you in your capacity as representative of the ongoing Occupy Santa Cruz demonstration which has been taking place in San Lorenzo Park Benchlands for approximately 28 days as of this date. As you may be aware, the Santa Cruz Municipal Code, at Chapter 10.65, requires non-commercial event permits for certain demonstrations that occur in City parks. Specifically, SCMC Section 10.65.110, in pertinent part, states:

> "As used in this chapter a 'noncommercial event' or 'event' is a noncommercial public assembly, the primary purpose of which is the exercise of the participants' constitutional rights of free speech and assembly:....
>
> (e) Which due to the crowd it generates, restricts access to or use of parks, beaches or other public areas...."

As of this juncture, the ongoing Occupy Santa Cruz demonstration which is taking place in the San Lorenzo Park Benchlands has crossed the foregoing non-commercial event threshold and therefore requires a non-commercial event permit pursuant to SCMC Section 10.65.120 which states "Any person or organization intending to conduct a noncommercial event in the city of Santa Cruz shall first obtain a permit from the director of parks and recreation." SCMC Section 10.65.270, in turn, provides that "The director of parks and recreation may condition the

issuance of a permit by imposing reasonable requirements concerning the time, place, and manner of the event, and any other requirements which are necessary to protect the safety of persons and property."

The Occupy Santa Cruz demonstration has now grown to cover approximately 20 percent of the San Lorenzo Park Benchlands with the establishment of approximately 75 temporary structures in that area without benefit of any toilet or other sanitation facilities. Nonetheless the Occupy Santa Cruz demonstration coordinator has yet to apply for a non-commercial event permit. The City has therefore decided to issue such a permit setting forth conditions with which the demonstration must comply in order to continue at the subject San Lorenzo Park Benchlands location for the period of time specified in the permit. The photographs attached to this letter graphically illustrate the current degraded and unsanitary conditions at the San Lorenzo Park Benchlands, directly attributable to the 24 hour a day demonstration, which necessitate the issuance of the subject permit and, more specifically, the conditions imposed in connection with that permit's issuance.

The subject non-commercial event permit is also issued in recognition of the fact that other City visitors and residents have the right to use the entire San Lorenzo Park Benchlands for the recreational purposes for which the park was established and intended. That use will have been effectively precluded by the subject demonstration for nearly two months as of the demonstration completion date specified in the permit. The City likewise not only has a legitimate governmental interest in preserving and maintaining the park's landscape, vegetation and sanitation, but an obligation to do so for the benefit of all City residents and visitors who would like to use the park from time to time.

Occupy Santa Cruz's appropriation of a substantial portion of the San Lorenzo Park Benchlands for a demonstration in the form of a 24 hour a day campground- a use for which the park is not equipped or capable of sustaining-has effectively deprived the remainder of the community from access to this property for its intended recreational use and City Parks staff from access for necessary maintenance. While use of the San Lorenzo Park Benchlands for the exercise of First Amendment rights by Occupy Santa Cruz demonstrators is certainly a legitimate use of City park property, the City has not only the legal prerogative, but a fiduciary obligation to other community members, to regulate the time, place and manner of that First Amendment use so as to accommodate the rights of others who wish to use the subject park property as well as to facilitate the City's maintenance of that park property so that it remains accessible, safe and sanitary for all City residents and visitors.

The subject non-commercial event permit is enclosed under cover of this letter. We thank you for your consideration of the foregoing and your anticipated cooperation in complying with the subject permit conditions. Please bear in mind that, per SCMC Section 10.65.030(c), any Occupy Santa Cruz demonstrator who acts in violation of any of the enclosed permit conditions is subject to a criminal infraction citation.

Very Truly Yours,

Martin Bernal
City Manager

JGB:ec
Enclosures
cc: Ryan Coonerty, Mayor
City Council Members
Dannettee Shoemaker, Parks & Recreation Director
City Department Heads



























# NON-COMMERCIAL PERMIT AND CONDITIONS OF USE
Occupy Santa Cruz Demonstration
San Lorenzo Park Benchlands

1. Permittee shall ensure that the event ends on time at 12:00 p.m. on Wednesday, November 16, 2011, and shall break-down and clean-up the permitted area immediately following the event from 12:00 p.m. to 2:00 p.m.

2. Permittee must designate an event coordinator (_____\
   Cell #: _____) who will be on site during the event and has the authority to make decisions about problems that may occur during this event. The event coordinator must be available by cell phone during the entire event.

3. Permittee shall maintain a copy of the permit on site at all times, and it must be made available for inspection by any Santa Cruz City Official.

4. Permittee shall be responsible for all clean up during and after the event or shall reimburse the City, at overtime rates, to provide such services.

5. Permittee must obey all park rules, with no dogs allowed (service dogs excluded), no smoking, no consumption of illicit drugs and no open fires.

6. No alcoholic beverages shall be possessed, consumed or sold in association with this event.

7. No vehicles are allowed on the Park Benchlands area during the event.

8. A maximum of fifty (50) tents and/or structures are permitted, with no tents/structures allowed beyond the Park Benchlands' soccer field fencing or on County Administration Building and the State Courthouse property.

9. The Permittee will be responsible for paying parking fees for parking spaces or lots as necessary. No parking areas are reserved for this event.

10. The event participants shall not use the County Administration Building nor the State Courthouse facilities, including, but not limited to, restroom facilities. In addition, the event participants may not use the San Lorenzo Park restrooms.

11. Permittee will provide three portable toilets that shall be parked on Water Street in metered spaces as designated by Public Works staff. Portable toilets may not be pad-locked. On Monday, November 7, 2011, permittee must schedule and pay through the Special Events Office (831-420-5010) for bagging of parking meters on Water Street to accommodate portable toilets. Location and schedule of delivery/pick up of portable toilets must be confirmed with Public Works staff (Ted Donnelly\831-420-5181).

12. The City will provide, at the Permittee's expense, 5 garbage toters and 5 recycle toters. Permittee must contact Customer Service (831-420-5220) on Monday, November 7, 2011 to make arrangements for payment, drop off and pick up. Placement location to be determined by Public Works staff. A copy of the sanitation receipt must be turned in to the Special Events Office (Fax #: 831-420-5011).

13. Permittee shall ensure that the San Lorenzo Park pathways are not blocked to non-participants and there is pedestrian access in and around the Park Benchlands during this event.

14. Participants must obey all laws and ordinances.

15. Permittee shall be responsible for the removal of all signs, flyers, and advertisement regarding this event.

16. The City reserves the right to change any of the above conditions if it is deemed necessary.

17. Failure to comply with any of the above conditions may be cause for revocation of this permit.