1C



CITY OF

# SANTA CRUZ

C I T Y   A T T O R N E Y
PO BOX 481, SANTA CRUZ, CA 95061-0481 • 831 420-6200 • Fax: 831 576-2269 • www.ci.santa-cruz.ca.us

November 16, 2011

***Via United States Mail***

Honorable Howard R. Lloyd, Magistrate Judge
United States District Court
Northern District of California
San Jose Courthouse, Courtroom 2 - 5th Floor
280 South 1st Street
San Jose, CA 95113

> Re:   ***People of the State of California, ex rel John G. Barisone, City Attorney,***
> ***City of Santa Cruz v. Steve Pleich, Occupy Santa Cruz, et al.***
> **United States District Court Case No. CV 11-05523-HRL**

Dear Judge Lloyd:

On November 15, 2011 this office, on behalf of plaintiff in the captioned action, was served with a Notice of Removal of Action. The underlying preliminary injunction lawsuit for abatement of a public nuisance had earlier been filed with the Santa Cruz County Superior Court on November 10, 2011. The Notice of Removal that we received was unaccompanied by any other pleadings and documents on file with the Superior Court in this matter. On November 16, 2011 counsel for defendant Occupy Santa Cruz advised that the Notice of Removal which was filed with the District Court included the Superior Court Complaint but none of the other documents or pleadings that had been filed with the Superior Court. The District Court's electronic file indicates that in addition to the complaint, the summons for defendant Pleich was attached to the Notice of Removal filed with the District Court.

28 U.S.C. Section 1446(a) provides:

> "A defendant or defendants desiring to remove any civil actions or criminal prosecution from a State court shall file in the district court of the United States for the district and division within which such action is pending a notice of removal signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and containing a short and plain statement of the grounds for removal, together with a copy of *all process, pleadings, and orders served upon such defendant or defendants in such actions.*" (emphasis added)

Please be advised that, in addition to the complaint and summons that was appended to

Honorable Howard R. Lloyd
November 16, 2011
Page 2 of 2

the District Court Notice of Removal, the plaintiff has filed with the Superior Court and served upon defendants the following documents and pleadings, none of which were filed in the District Court by defendant:

      1.      Summons for defendant Occupy Santa Cruz;

      2.      Notice and Ex Parte Application for Order Shortening Time;

      3.      Declaration Re: Notice for Ex Parte Application and Orders;

      4.      Order on Ex Parte Application;

      5.      Memorandum of Points and Authorities In Support of Application for Temporary Restraining Order and Preliminary Injunction; and

      6.      Declaration of Dannettee Shoemaker In Support of Temporary Restraining Order/Preliminary Injunction Application (including exhibits).

In light of the foregoing, it appears that defendant's Notice of Removal is procedurally defective.

Thank you for your attention to the foregoing.

Very Truly Yours,

John G. Barisone
City Attorney for the City of Santa Cruz

cc:    Ed Frey, Esq.
       Steve Pleich

to Betty