John G. Barisone, SBN 87831
George J. Kovacevich, SBN 48125
Caio A. Arellano, SBN 262168
**ATCHISON, BARISONE, CONDOTTI & KOVACEVICH**
A Professional Corporation
PO BOX 481
Santa Cruz, California 95061-0481
Telephone:   (831) 423-8383
Facsimile:   (831) 576-2269

Attorneys for Plaintiff
THE PEOPLE OF THE STATE OF CALIFORNIA ex rel
JOHN G. BARISONE, CITY ATTORNEY, CITY OF SANTA CRUZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE PEOPLE OF THE STATE OF CALIFORNIA ex rel JOHN G. BARISONE, CITY ATTORNEY, CITY OF SANTA CRUZ,<br><br>Plaintiff,<br><br>vs.<br><br>STEVE PLEICH, OCCUPY SANTA CRUZ, and DOES 1-100.<br><br>Defendants.<br><br>AND RELATED COUNTER-ACTION | Case No. CV-11-05523 HRL<br><br>**ANSWER OF PLAINTIFF/COUNTER-DEFENDANT THE PEOPLE OF THE STATE OF CALIFORNIA TO COUNTERCLAIM BY DEFENDANTS OCCUPY SANTA CRUZ AND STEVE PLEICH** |
|---|---|

Plaintiff/Counter-Defendant the People of the State of California ex rel John G. Barisone, City Attorney, City of Santa Cruz ("Plaintiff") by and through its attorneys, hereby answers the counterclaim of Defendant Occupy Santa Cruz, in which Defendant Steve Pleich joined (collectively "Defendants"), based on information currently available to Plaintiff as follows:

1. In response to Paragraph 1 of Defendants' Counterclaim, Plaintiff admits that Defendant Occupy Santa Cruz is an unincorporated association. Plaintiff denies each and every remaining allegation contained in Paragraph 1 based on lack of sufficient knowledge or information to form a belief as to the truth of those allegations.

2. In response to Paragraph 2 of Defendants' Counterclaim, Plaintiff denies each and every allegation contained therein.

3. In response to Paragraph 3 of Defendants' Counterclaim, Plaintiff denies each and every allegation contained therein.

4. In response to Paragraph 4 of Defendants' Counterclaim, Plaintiff denies each and every allegation contained therein.

5. In response to Paragraph 5 of Defendants' Counterclaim, Plaintiff denies each and every allegation contained therein based on lack of sufficient knowledge or information to form a belief as to the truth of those allegations.

6. In response to Paragraph 6 of Defendants' Counterclaim, Plaintiff denies each and every allegation contained therein.

7. In response to Paragraph 7 of Defendants' Counterclaim, Plaintiff denies each and every allegation contained therein.

8. In response to Paragraph 8 of Defendants' Counterclaim, Plaintiff denies each and every allegation contained therein.

9. In response to Paragraph 9 of Defendants' Counterclaim, Plaintiff denies each and every allegation contained therein.

## **AFFIRMATIVE DEFENSES**

In further response to Defendants' Counterclaim, Plaintiff sets forth the affirmative defenses below. Unless stated otherwise, each affirmative defense is asserted as to all claims for relief by Defendants.

### **FIRST AFFIRMATIVE DEFENSE**

**(Lack of Subject Matter Jurisdiction)**

As a first affirmative defense, Plaintiff asserts that Defendants' Counterclaim fails to establish that this court has subject matter jurisdiction over this action.

### **SECOND AFFIRMATIVE DEFENSE**

**(Mootness)**

As a second affirmative defense, Plaintiff asserts that Defendants' Counterclaim is moot.

## THIRD AFFIRMATIVE DEFENSE

### (Improper Venue)

As a third affirmative defense, Plaintiff asserts that federal venue is improper for this action.

## FOURTH AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

As a fourth affirmative defense, Plaintiff asserts that Defendants' Counterclaim and the allegations contained therein fail to state a claim upon which relief can be granted.

## FIFTH AFFIRMATIVE DEFENSE

### (Res judicata)

As a fifth affirmative defense, Plaintiff asserts that Defendants' Counterclaim is barred by the doctrine of res judicata.

## SIXTH AFFIRMATIVE DEFENSE

### (Actions Authorized by Law)

As a sixth affirmative defense, Plaintiff asserts that Plaintiff is not liable to Defendant Occupy Santa Cruz because Plaintiff's acts and/or omissions were authorized by state statute, regulation, local ordinance, or other law.

## SEVENTH AFFIRMATIVE DEFENSE

### (Reservation of Rights)

As a seventh affirmative defense, Plaintiff asserts that Defendant Occupy Santa Cruz's Counterclaim does not describe its claims or events with sufficient particularity to allow Plaintiff to ascertain what other affirmative defenses may exist, and Plaintiff therefore reserves the right to assert all additional affirmative defenses that may arise once the precise nature of claims is ascertained through discovery, at trial, or otherwise.

///

///

///

///

///

WHEREFORE, Plaintiff prays as follows:

    1.    That Defendant Occupy Santa Cruz take nothing from its counterclaim;

    2.    That Defendant Occupy Santa Cruz's Counterclaim be dismissed with prejudice;

    3.    That Plaintiff be awarded its costs of suit and reasonable attorney's fees incurred in defense of this action; and

    4.    For such other relief as the Court deems just and proper under the circumstances.

ATCHISON, BARISONE, CONDOTTI & KOVACEVICH

Dated:  December 16, 2011    By: /s/
CAIO A. ARELLANO
Attorneys for Plaintiff, the People of the State of California ex rel John G. Barisone, City Attorney, City of Santa Cruz.

*The People of the State of California ex rel John G. Barisone, City Attorney, City of Santa Cruz v. Steve Pleich, et al. /Related Counter-Action*
**United States District Court Case No. CV-11-05523 HRL**

## PROOF OF SERVICE

I am employed in the County of Santa Cruz, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 333 Church Street, Santa Cruz, California 95060.

On the date set forth below, I served the following document(s):

**ANSWER OF PLAINTIFF/COUNTER-DEFENDANT THE PEOPLE OF THE STATE OF CALIFORNIA TO COUNTERCLAIM BY DEFENDANTS OCCUPY SANTA CRUZ AND STEVE PLEICH**

on the interested party(ies) to said action by the following means:

[✖]   **(BY MAIL)** By placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, for collection and mailing on that date following ordinary business practices, in the United States Mail at the offices of Atchison, Barisone, Condotti & Kovacevich, Santa Cruz, CA, addressed as shown below. I am readily familiar with this firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service, and in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service the same day it was placed for collection and processing.

[✖]   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 16, 2011, at Santa Cruz, California.

_____/s/_____
JENNIFER PASQUINI

NAME AND ADDRESS AND/OR FAX NUMBER OF EACH PARTY SERVED:

| | |
|---|---|
| Ed Frey<br>Attorney at Law<br>4630 Soquel Drive, Ste. 12<br>Soquel, CA 95073 | Attorneys for Defendant/Counter-Plaintiff<br>OCCUPY SANTA CRUZ |
| Steve Pleich<br>2020 Halterman Avenue<br>Santa Cruz, CA 95062 | Defendant/Counter-Plaintiff<br>IN PRO PER |