

**CITY ATTORNEY**

PO BOX 481, SANTA CRUZ, CA 95061-0481 • 831 420-6200 • Fax: 831 576-2269 • www.ci.santa-cruz.ca.us

December 29, 2011

*Via Electronic Filing & United States Mail*

Honorable Howard R. Lloyd, Magistrate Judge
United States District Court
Northern District of California
San Jose Courthouse, Courtroom 2 - 5th Floor
280 South 1st Street
San Jose, CA 95113

      Re:    *People of the State of California, ex rel John G. Barisone, City Attorney, City of Santa Cruz v. Steve Pleich, Occupy Santa Cruz, et al.*
            **United States District Court Case No. CV 11-05523-HRL**

Dear Judge Lloyd,

      This letter is to apprise the court of the related action initiated by Defendant Occupy Santa Cruz against the City of Santa Cruz Police Department in the Superior Court of California, County of Santa Cruz, on December 7, 2011, case number CV 172750.

      The following is a brief factual and procedural synopsis of that action, and courtesy copies of the documents filed by both parties are enclosed herewith.

      On November 30, 2011, the City of Santa Cruz's Director of Parks and Recreation declared the Occupy encampment located in the San Lorenzo Park Benchlands a public nuisance, and authorized summary abatement of the nuisance, pursuant to Chapter 4.16 of the Santa Cruz Municipal Code. (Exhibit A)

      On December 5, 2011, in accordance with that declaration, the City of Santa Cruz Police Department issued an Evacuation Notice directing the cessation of all camping activity in the San Lorenzo Park Benchlands on or before 5:00 pm on December 7, 2011. (Exhibit B)

      On December 7, 2011, Occupy Santa Cruz filed a complaint (Exhibit C) and Application for Temporary Restraining Order and Order to Show Cause regarding Preliminary Injunction (Exhibit D) barring the City of Santa Cruz from enforcing the Evacuation Order. The City of Santa Cruz submitted a letter brief to the court opposing the Application.

Honorable Howard R. Lloyd
December 29, 2011
Page 2 of 2

      That afternoon, citing the significant public interest in the matter, and because both parties were present, Judge Timothy Volkmann offered to hold a public hearing immediately.

      Both parties consented. Based on the pleadings and oral argument submitted by both parties, Judge Volkmann denied the Application for Temporary Restraining Order and Order to Show Cause.

      On December 16, 2011, and in accordance with the California Rules of Court, the City of Santa Cruz prepared an order and submitted it to the court. A copy of the signed order is attached as Exhibit E.

      Respectfully,

      /s/

      Caio Arellano
      Deputy City Attorney
      City of Santa Cruz

cc:     Ed Frey, Esq.
        Steve Pleich
        John G. Barisone